UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILFREDO PARDO,<br><br>               Petitioner,<br><br>      v.<br><br>JOHN SUTTON, Acting Warden,<br><br>               Respondent. | Case No. EDCV 16-715-RSWL (KK)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

      IT IS THEREFORE ORDERED that Judgment be entered (1) denying the First Amended Petition for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice.

Dated: 2/27/17

                                                  s/ RONALD S.W. LEW<br>
                                                  HONORABLE RONALD S.W. LEW<br>
                                                  United States District Judge