JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILFREDO PARDO, | Case No. EDCV 16-715-RSWL (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| JOHN SUTTON, Acting Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is DENIED and this action is DISMISSED with prejudice.

Dated: 2/27/17

s/ RONALD S.W. LEW
HONORABLE RONALD S.W. LEW
United States District Judge